UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br> v.<br><br>WILLIAM BURDEN,<br><br>          Defendant. | Case No. 2:02-CR-645-KJD-PAL<br><br><br>ORDER |

  Before the Court is Defendant William Burden's Motion for Preliminary Injunction to Remove Hold on Inmate File 80558 (#32). The Court notes that Burden actually wants a mandatory injunction. However, this case was closed in 2003. Accordingly, if Defendant wishes to seek a mandatory injunction, he must file a new cause of action.

  DATED this 17th day of October 2014.

                        _____

                        Kent J. Dawson<br>
                        United States District Judge